JON M. SANDS
Federal Public Defender
District of Arizona
2285 S. 4th Avenue, Suite 2E
Yuma, Arizona  85365
Telephone: 928-314-1780

George J. Romero
Az State Bar No. 018895
Asst. Federal Public Defender
Attorney for Defendant
George_Romero@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Sergei Zakirov,<br><br>　　　　　Defendant. | No. CR-24-00426-01-PHX-GMS<br><br>**MOTION TO CONTINUE TRIAL and MOTION TO EXTEND PRETRIAL MOTION DEADLINE**<br><br>**(First Request)**<br><br>**(Defendant In Custody)** |

　　　　Defendant Sergei Zakirov, through undersigned counsel, respectfully requests that this Court extend the time for filing of pretrial motions for a period of at least sixty (60) days from the current date of April 10, 2024. In addition, defendant requests that the Court continue the trial date for a period of at least sixty (60) days from the current date of May 7, 2024.

　　　　The additional time is necessary to allow defense counsel to finish the review of discovery, investigate the case, prepare for trial, and render the effective assistance of counsel to the defendant.

…

Mr. Sergei Zakirov further requests that any subpoenas previously issued and served in this matter remain in effect and the party who served the subpoena should advise the witnesses of the new trial date.

Defense counsel has contacted Assistant United States Attorney Ross Gabriel Arellano Edwards of the contents of this motion and the government has no objection to the requested continuances.

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted:  March 29, 2024.

JON M. SANDS
Federal Public Defender

 s/George J. Romero
GEORGE J. ROMERO
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing March 29, 2024, to:

CLERK'S OFFICE
United States District Court

Ross Gabriel Arellano Edwards
Assistant U.S. Attorney

Copy mailed to:

Defendant

L. Aguilera
L. Aguilera